UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN Mc WHORTER,

    Petitioner,

v.

JEFFERY UTTECHT,

    Respondent.

Case No.  C06-5294RBL

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

    Petitioner's application for leave to proceed *in forma pauperis* (Dkt. # 1) is **GRANTED**. Petitioner does not appear to have funds available to afford the $5.00 filing fee.

    The Clerk is directed to mail a copy of this Order to petitioner.

    DATED this 17th day of July, 2006.

    */S/ J. Kelley Arnold*
    J. Kelley Arnold
    United States Magistrate Judge

ORDER
Page - 1